IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McNamara, Peggy E | Case Number: 08 B 12124 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/18/08 | Filed: 5/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 895.36 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 836.27 |
| Trustee Fee: | | 59.09 |
| Other Funds: | | 0.00 |
| Totals: | 895.36 | 895.36 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thav & Ryke PLLC | Administrative | 2,960.00 | 836.27 |
| 2. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 3. | Taylor Bean And Whitaker Mortgage Compan | Secured | 19,240.16 | 0.00 |
| 4. | Internal Revenue Service | Priority | 1,500.00 | 0.00 |
| 5. | American Express | Unsecured | 53.35 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 479.73 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 94.28 | 0.00 |
| 8. | NCO Financial Systems | Unsecured | 607.70 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 440.26 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 351.14 | 0.00 |
| 11. | Spirit Of America Nat'l Ban | Unsecured | 41.76 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 418.84 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 26.27 | 0.00 |
| 14. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | Credit Management Co. | Unsecured | | No Claim Filed |
| 17. | SST | Unsecured | | No Claim Filed |
| 18. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| | | | $ 26,213.49 | $ 836.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 59.09 |
| | $ 59.09 |

Page 2

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McNamara, Peggy E | Case Number:  08 B 12124 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/18/08 | Filed:  5/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

